UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

JAN 2 2 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 2:21-cr-5-JPH-CMM |
| ANTHONY WILLIAMS, | ) |
| Defendant. | ) |

<u>PENALTY SHEET</u>

You have been charged in an Indictment with a violation of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) Possession with Intent to Distribute Controlled Substances | 5-40 | $5,000,000 | NMT 4 years |
| 2 | 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm | 0-10 | $250,000 | NMT 3 years |

Dated: _____          _____
                                                ANTHONY WILLIAMS
                                                Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana